## 55269. JACKSON v. JACKSON.

BIRDSONG, Judge.

1. "In ruling on deprivation petitions, findings of fact should be made in accordance with CPA § 52 (a), Code Ann. § 81A-152 (a) (Ga. L. 1969, pp. 645, 646; 1970, pp. 170, 171). Code Ann. § 24A-2201 (a) (Ga. L. 1971, pp. 709,

732); *Crook v. Dept. of Human Resources,* 137 Ga. App. 817 (224 SE2d 806) (1976); see *Coleman v. Coleman,* 238 Ga. 183 (232 SE2d 57) (1977)." *W. R. G. v. State of Ga.,* 142 Ga. App. 81 (235 SE2d 43). The trial judge failed to make such findings of fact and conclusions of law. We do not consider the following to comply with the criteria enunciated in the above-cited sources. "The court finds that the Respondent, [K. M. J.], the mother of [J. L. J.], is not a fit person to have the custody of the said [J. L. J.]." See *In the Interest of: A. A. G.,* 143 Ga. App. 648 (239 SE2d 697). Accordingly, the appeal is remanded to the trial court with direction that it vacate the judgment, prepare appropriate findings of fact, and enter a new judgment.

2. In view of the foregoing, remaining enumerations of error are not now considered. *In The Interest of: A. A. G.,* supra.

*Remanded with direction. Bell, C. J., and Shulman J., concur.*

SUBMITTED JANUARY 30, 1978 — DECIDED
APRIL 4, 1978.

*Carlisle & Newton, John R. Carlisle,* for appellant.
*Lynn W. Wilson,* for appellee.